

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Lynne M. Jurek v. Jeffrey S. Shannon II

Appellate case number:      01-15-00092-CV

Trial court case number:      2012-38540

Trial court:      312th District Court of Harris County

       Appellant's "Motion to Voluntary Dismiss Appeal" [sic] is **DENIED**, without prejudice to refiling. The certificate of service is not compliant with Texas Rule of Appellate Procedure 9.5 and lists a document other than a motion to dismiss as the document served. *See* TEX. R. APP. P. 9.5.

       It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                 X   Acting individually     ☐ Acting for the Court

Date: <u>June 2, 2015</u>